UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAINE ANDREW DAWKINS,

                    Plaintiff,

-against-                                21-CV-0624 (CM)

JAMES NEWMAN, LAWYER; JAMES       ORDER OF DISMISSAL
NEWMAN LAW, PC; KYLE NEWMAN,
LAWYER,

                    Defendants.

COLLEEN McMAHON, Chief United States District Judge:

      By order dated January 29, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $402.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  March 23, 2021
          New York, New York

                                                  COLLEEN McMAHON
                                          Chief United States District Judge